NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-815

CAROLYN E. MYLES, ET AL
VERSUS
CONSOLIDATED COMPANIES, INC. ET AL

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT,
PARISH OF EVANGELINE, NO. 61715-BB,
HONORABLE A. GAYNOR SOILEAU, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

SYLVIA R. COOKS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Glenn B. Gremillion, Judges.

**APPEAL DISMISSED.**

WILLIAM O. BONIN
103 East Main Street
New Iberia, LA 70560
(337) 364-5762
COUNSEL FOR DEFENDANTS/APPELLEES:
      Central Louisiana Electric Power, LLC, and Cleco Corporation

J. WENDEL FUSILIER
Post Office Box 528
Ville Platte, LA 70586
(337) 363-6661
COUNSEL FOR PLAINTIFFS/APPELLANTS:
      Carolyn E. Myles , Et Al

**JOHN W. PENNY**
**Post Office Box 2187**
**Lafayette, LA 70502**
**(337) 231-1955**
**COUNSEL FOR DEFENDANTS/APPELLANTS**
    **Consolidated Companies, Et Al**